IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE WOLSTENHOLME | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-5974 |
| JOSEPH BARTELS | : | |

## **ORDER**

AND NOW, this 19th day of September, 2011, defendant's motion to dismiss the complaint, or in the alternative, to transfer venue (docket no. 4) is granted. Plaintiffs' complaint is dismissed for lack of personal jurisdiction over defendant. Plaintiffs' motion for remand (docket no. 3) is denied as moot.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.